IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-02698 MCF |
| MILDRED SANTIAGO RODRIGUEZ | * | CHAPTER 13 |
| DEBTOR | * | |

**DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

**TO THE HONORABLE COURT:**

**COMES NOW, MILDRED SANTIAGO RODRIGUEZ**, the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated December 2, 2014, herewith and attached to this motion.

2. This Plan modification is filed to cure the Plan arrears as stated by the Trustee in his motion for dismissal for failure to make current Plan payments, dated November 18, 2014, docket no. 21.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)**

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via

Page -2-
Post Confirmation Modification 11 USC 1329
Case no. 14-02698 MCF13

regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 2nd day of December, 2014.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                          Case No. **3:14-bk-2698**

**SANTIAGO RODRIGUEZ, MILDRED**                                                  Chapter **13**
                     Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/02/2014**                           ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION                           Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **275.00** x **5** = $ **1,375.00**<br>$ **0.00** x **2** = $ **0.00**<br>$ **275.00** x **53** = $ **14,575.00**<br>$ ___ x ___ = $ ___<br>$ ___ x ___ = $ ___<br><br>TOTAL: $ **15,950.00**<br><br>Additional Payments:<br>$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from: ___<br>☐ Sale of Property identified as follows: ___<br><br>☐ Other: ___<br><br>Periodic Payments to be made other than, and in addition to the above:<br>$ ___ x ___ = $ ___<br><br>PROPOSED BASE: $ **15,950.00**<br><br>**III. ATTORNEY'S FEES**<br>(Treated as § 507 Priorities)<br><br>Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,864.00**<br><br>Signed: **/s/ MILDRED SANTIAGO RODRIGUEZ**<br>           Debtor<br><br>           ___<br>           Joint Debtor | A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☑ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☐ Trustee pays secured ARREARS:<br>Cr. ___ Cr. ___ Cr. ___<br># ___ # ___ # ___<br>$ ___ $ ___ $ ___<br>2. ☑ Trustee pays IN FULL Secured Claims:<br>Cr. **TOYOTA MOTOR CR** Cr. ___ Cr. ___<br># **70404000778150001** # ___ # ___<br>$ **5,657.25** $ ___ $ ___<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. ___ Cr. ___ Cr. ___<br># ___ # ___ # ___<br>$ ___ $ ___ $ ___<br>4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ___<br>5. ☐ Other: ___<br>6. ☐ Debtor otherwise maintains regular payments directly to: ___<br><br>C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.<br>1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___<br>           ☐ Paid 100% / ☐ Other: ___<br>Cr. ___ Cr. ___ Cr. ___<br># ___ # ___ # ___<br>$ ___ $ ___ $ ___<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements.<br><br>OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)<br>* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."<br><br>Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to TOYOTA MOTOR CREDIT thru the Trustee in the sum $190.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to TOYOTA MOTORS thru Eastern America Insurance Company. |

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** ___ Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

IN RE SANTIAGO RODRIGUEZ, MILDRED _____ Case No. **3:14-bk-2698**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | COOP ROLLEY HILLS | | |

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.    AEE
0104-3                               Jose V Toledo Fed Bldg & US Courthouse  PO BOX 363508
Case 14-02698-MCF13                  300 Recinto Sur Street, Room 109        SAN JUAN, PR  00936-3508
District of Puerto Rico              San Juan, PR 00901-1964
Old San Juan
Tue Dec  2 13:52:59 AST 2014

AFNI                                 BANCO POPULAR DE PR                     CITIFINANCIAL
CINGULAR                             PO BOX 3228                             1 CITIBANK DR STE 201
PO BOX 3427                          SAN JUAN, PR  00936                     SAN JUAN, PR 00926-9600
BLOOMINGTON, IL 61702-3427


CITIFINANCIAL                        COOP A/C SEGUROS MULTIPLES              COOP ROLLEY HILLS CAROLINA
PO BOX 499                           PO BOX 3846                             LIMA Y TEGUCIGALPA ROLLINGS HILLS
HANOVER, MD 21076-0499               SAN JUAN, PR  00936-3846                CAROLINA, PR  00987


EASTERN AMERICA INSURANCE COMPANY    FIRST PREMIER BANK                      NORFOLK FINANCIAL
PO BOX 9023862                       3820 N LOUISE AVE                       COMMOLOCO
SAN JUAN, PR  00902-3862             SIOUX FALLS, SD 57107-0145              PO BOX 363143
                                                                             SAN JUAN, PR 00936-3143


PALISADES COLLECION, L.L.C           PALISADES COLLECTIONS                   PLACIDO ROSADO MUOZ
PO BOX 1244                          PO BOX 19249                            PO BOX 363143
ENGLEWOOD CLIFFS, NJ  07632-0244     SUGAR LAND, TX  77496-9249              SAN JUAN, PR  00936-3143


PREMIER BANKCARD/CHARTER             Rjm Acquisitions Llc                    TCPR - Toyota Credit de Puerto Rico
PO BOX 2208                          575 Underhill Blvd, Suite 224           P.O. Box 366251
VACAVILLE, CA  95696-8208            Syosset, NY 11791-4437                  San Juan, Puerto Rico 00936-6251


TOYOTA MOTOR CREDIT                  (p)TOYOTA MOTOR CREDIT CORPORATION      VATIV RECOVERY SOLUTIONS, LLC
PO BOX 71410                         PO BOX 8026                             PO BOX 1244
SAN JUAN, PR 00936-8510              CEDAR RAPIDS IA 52408-8026              ENGLEWOOD CLIFFS, NJ  07632-0244


WANDA DEL VALLE ROLDAN               WANDA I MEDINA DE SOLER                 JOSE RAMON CARRION MORALES
C/O GRISEL VANESA CRESPO             525 ESCORIAL AVE CAPARRA HEIGHTS        PO BOX 9023884
ARUZ RIVERA 7                        SAN JUAN, PR 00920-4707                 SAN JUAN, PR 00902-3884
GURABO, PR  00778


MILDRED SANTIAGO RODRIGUEZ           MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO
VILLA CARMEN                         OFFICE OF THE US TRUSTEE (UST)          PO BOX 186
M19 ARECIBO STREET                   OCHOA BUILDING                          CAGUAS, PR 00726-0186
CAGUAS, PR 00725-6106                500 TANCA STREET  SUITE 301
                                     SAN JUAN, PR 00901
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
TOYOTA MOTOR CREDIT CORP
PO BOX 2730
TORRANCE, CA  90509-2730




            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)WANDA DEL VALLE-ROLDAN              End of Label Matrix
C/O GRISEL VANESA CRESPO               Mailable recipients   26
ARUZ RIVERA 7                          Bypassed recipients    1
GURABO, PR 00778                       Total                 27
```